# Attachment 1

David E. Weslow
202.719.7525
dweslow@wiley.law



Wiley Rein LLP
2050 M Street NW
Washington, DC 20036
Tel: 202.719.7000

wiley.law

January 17, 2024

**BY EMAIL**

Cloudflare, Inc.
Attn: Justin Paine, DMCA Agent
101 Townsend Street
Legal Department
San Francisco, CA 94107
abuse@cloudflare.com

Re: Notice of Copyright Infringement: pragmaticplay.stream

Dear Sir or Madam:

We are counsel to Tamaris (Gibraltar) Limited ("Tamaris"), operating as Pragmatic Play International Ltd ("Pragmatic Play"). This letter is a notification and request concerning the unauthorized use of Tamaris's intellectual property by pragmaticplay.stream (the "Infringing Site"), for which Cloudflare, Inc. appears to have served as the content delivery network.

Tamaris and its related companies own all rights in the copyright protected content, photographs, text, images, graphics, animations, and software code associated with the PragmaticPlay gaming software applications, websites, and livestreams. Tamaris is also the owner of the PRAGMATICPLAY and PPGAMES trademarks, which are covered by U.S. Federal Trademark Registration Nos. 6848492, 6890979, 7307616, and 7186621.

It has been brought to Tamaris's attention that the website located at pragmaticplay.stream has displayed and distributed unauthorized livestreams of Tamaris's various gaming applications. Screenshots of the Infringing Site are provided below:

January 17, 2024
Page 2





We are formally notifying you of your customer's copyright infringing misconduct and requesting that you disable services in connection with the Infringing Site pursuant to the Digital Millennium Copyright Act, 17 U.S.C. § 512.  With express notice that a customer has misused your services to conduct activities in violation of the law, and presumably in violation of your Terms of Service, we expect that you are able to make a reasonable determination to deny further services for the Infringing Site.

January 17, 2024
Page 3

I have a good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law. To the best of my knowledge, and under penalty of perjury, the information contained in this letter is accurate and I am authorized to act on behalf of Tamaris, owner of the infringed exclusive rights described above.

If you have any questions concerning the foregoing, please do not hesitate to contact me.

Sincerely,

David E. Weslow
*Counsel for Tamaris (Gibraltar) Limited*